**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>BURLEIGH POINT, LTD. (dba BILLABONG USA), a California corporation,<br><br>        Defendant. | Case No.: 2:15-cv-03669-PA-GJS<br>*Assigned to Honorable Percy Anderson*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. The complaint is dismissed with prejudice; and
B. The parties will each bear their own costs incurred in this action.

SO ORDERED.

Dated: December 18, 2015          By: _____
                                       Honorable Percy Anderson